UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

**Kelley Urella,**

     **Plaintiff,**

     **v.**                                                **Civil Action No. 4:22-cv-11606-FDS**

**Verizon et al,**

     **Defendants.**

_____

**SETTLEMENT ORDER OF DISMISSAL**

**SAYLOR, C. J.**

     The Court having been advised on September 18, 2025, that the above-entitled action has been settled.

     **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                                  By the Court,

<u>September 18, 2025</u>                                 <u>/s/ Melonie Cooke</u>
Date                                                           Deputy Clerk