**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| KELLEY URELLA,<br><br>    Plaintiff,<br><br>  v.<br><br>VERIZON NEW ENGLAND INC.,<br><br>    Defendant. | Civil Action No.  4:22-cv-11606-FDS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kelly Urella and Defendant Verizon New England Inc. (collectively, the "Parties") agree, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of the above-captioned lawsuit with prejudice, without costs and waiving any right to appeal.

Dated: November 5, 2025

Respectfully submitted,

VERIZON NEW ENGLAND INC.

By its Attorneys,

*/s/ Robert A. Fisher*
Arthur Telegen (BBO # 494140)
Robert A. Fisher (BBO # 643797)
Emily Ehl (BBO # 640152)
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts  02210-2028
atelegen@seyfarth.com
rfisher@seyfarth.com
eehl@seyfarth.com
(617) 946-4800 (telephone)
(617) 946-4801 (fax)


PLAINTIFF KELLY URELLA

By her Attorneys,

*/s/ Alan Jay Rom*
Alan Jay Rom, Esq. (BBO No. 425960)
Rom Law P.C.
P.O. Box 585
Chelmsford, MA 01824
(617) 776-0575 (telephone)
(978) 455-9589 (telephone)
(617) 209-7714 (fax)
alan@romlawoffice.com

*/s/ Mark D. Stern*
Mark D. Stern (BBO No. 479500)
Mark D. Stern P.C.
34 Liberty Avenue
Somerville, MA 02144
(617) 776-4020 (telephone)
(617) 776-9250 (fax)
markdsternpc@comcast.net

321654498v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 4, 2025, this document was filed through the Court's ECF system, that Defendant's counsel includes registered users designated to receive Notices of Electronic Filings in this matter, and that copies of the foregoing document will be sent electronically to the registered participants.

/s/ *Mark Stern*
Mark Stern

321654498v.1